UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

In Re: )
) Case No. 10-80065-TC
PARISH, JOYCE M, )
) Chapter 7
)
Debtor(s). )

**CORRECTION TO**
**MOTION FOR AUTHORITY TO SELL PROPERTY (Minerals and/or Royalty)**
**OF THE ESTATE AND NOTICE OF PROPOSED SALE**

COMES NOW Charles Greenough, Trustee, by and through his attorneys, McAfee & Taft, and gives notice to all parties in interest that the date in the last paragraph of said Motion contained a typographical error. As reflected in paragraph 5 of the Motion, the date of the proposed auction is December 2, 2010.

/s/ *Charles Greenough*
Charles Greenough, OBA #12311
McAfee & Taft
1717 South Boulder, Suite 900
Tulsa, OK 74119
Phone: (918) 587-0000
Fax: (918) 599-9317
charles.greenough@mcafeetaft.com